IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD EARL HENLEY, # 123 127, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CASE NO. 2:08-CV-1004-WKW |
| ) | (WO) |
| THE ALA. BD. OF PARDONS and ) | |
| PAROLES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 5), and the court having independently reviewed the file, it is ORDERED that the Recommendation is adopted and that Plaintiff's claims against Defendants Alabama Board of Pardons and Paroles and the State of Alabama are DISMISSED with prejudice prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and/or (iii), that these two Defendants are DISMISSED as parties in this lawsuit, and that this case is REFERRED back to the Magistrate Judge for further proceedings.

Done this 27th day of January, 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE