THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD HENLEY, #123 127, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-CV-1004-WKW |
| | ) |
| STEVE McGILL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On June 6, 2009, the Magistrate Judge filed a Recommendation (Doc. # 24) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation (Doc. # 24) of the Magistrate Judge is ADOPTED, and that this action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 30th day of June, 2009.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE